TYPE LAW

**SHERIFF'S OFFICE OF COOK COUNTY**    DISTRICT: 018

SHERIFF'S NUMBER 050642-001D CASE NUMBER 08CV2351    DEPUTY: _Ryczyn 5751_

FILED DT 04-25-2008 RECEIVED DT 04-29-2008 DIE DT 05-13-2008 MULTIPLE SERVICE    1
DEFENDANT                                                                    ATTORNEY
DIVERSIFIED TELECOMMUNICATIONS INC                                          TENNEY & BENTLEY LLC/DAVID R S
1006 S MICHIGAN AV                                                          111 W WASHINGTON ST 1900
CHICAGO IL. 60605                                                           CHICAGO IL. 60602
STE 602
PLAINTIFF WILLIAM T DIVANE JR

**FOREIGN**

SERVICE INFORMATION: C/O DARRYL HENRY RA    UNITED STATES DISTRICT COURT    RS

****************************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
        NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
        AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
        RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
        THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____
        _____ DAY OF _____ 20__ , IN A SEALED ENVELOPE WITH POSTAGE FULLY
        PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
        SAID PARTY REFUSED NAME_____
....3 SERVICE ON:  CORPORATION ✓COMPANY____ BUSINESS____ PARTNERSHIP____
        BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
        REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL____

(B)   THOMAS J. DART, SHERIFF, BY: _____D GZ 5751_____, DEPUTY    7/31

    1  SEX  M/(F)   RACE B   AGE 40
    2  NAME OF DEFENDANT DIVERSIFIED TELECOMMUNICATIONS INC  AP
        WRIT SERVED ON _Susan Torain_
        THIS _1_ DAY OF _MAI_, 200_8_ TIME _10_ : _11_ (A.)M.P.M.

    ADDITIONAL REMARKS _____

****************************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG _OFC_                          ATTEMPTED SERVICES

NEIGHBORS NAME _____    DATE       TIME  A.M./P.M.

        ADDRESS _____    _____  ___:___ ___

        REASON NOT SERVED:
                            07 EMPLOYER REFUSAL    _____  ___:___ ___
    __01 MOVED          __08 RETURNED BY ATTY      _____  ___:___ ___
    __02 NO CONTACT     __09 DECEASED              _____  ___:___ ___
    __03 EMPTY LOT      __10 BLDG DEMOLISHED       _____  ___:___ ___
    __04 NOT LISTED     __11 NO REGISTERED AGT.    _____  ___:___ ___
    __05 WRONG ADDRESS  __12 OTHER REASONS         _____  ___:___ ___
    __06 NO SUCH ADDRESS __13 OUT OF COUNTY        _____  ___:___ ___

FEE   .00  MILEAGE   .00  TOTAL   .00                      SG10

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

William T. Divane, Jr., Kenneth J. Bauwens, Michael J.
Caddigan, Larry Crawley, Samuel Evans, Tim Foley, Thomas
C. Halperin, James North, Kevin O'Shea, and Michael
Walsdorf, as the Electrical Insurance Trustees

V.

Diversified Telecommunications, Inc.

CASE NUMBER:    08CV2351   RCC

JUDGE PALLMEYER

ASSIGNED JUDGE: MAGISTRATE JUDGE SCHENKIER

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Diversified Telecommunications, Inc.
c/o Darryl Henry, Registered Agent
1006 So. Michigan Ave., Ste. 602
Chicago IL  60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David R. Shannon
Tenney & Bentley, LLC
111 W. Washington St., Suite 1900
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

-------------------------------------
**(By) DEPUTY CLERK**

**April 25, 2008**
-------------------------------------
**Date**